UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT



GERMAN HERNANDEZ FLORES,
Petitioner,

V.

PAM BONDI, Attorney General of the United States; KRISTI L. NOEM, Secretary, Department of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; and GREG HALE, Superintendent, Northwest State Correctional Facility - St. Albans; and DAVID W. JOHNSTON, in his official capacity as Vermont Sub-office Director of Immigration and Customs Enforcement.

Respondents

Case No. 25-CV-877

## **TEMPORARY RESTRAINING ORDER**

In order to preserve this Court's jurisdiction based on the inherent equitable powers of this Court, and pursuant to the All-Writs Act, 28 U.S.C. § 1651, it is ordered that the Petitioner, German Hernandes Flores, not be removed from the United States or moved out of the territory of the District of Vermont pending further order of this Court.

The Court schedules an initial hearing on this order for Wednesday, November 12 at 10:00am in the Burlington courthouse. The Petitioner shall be present for the hearing.

Dated at Burlington, within the District of Vermont, this 8th day of November, 2025.

Geoffrey W. Crawford
U.S. District Court Judge